**No. D-2492. In the Matter of Disbarment of Patrick D. McNeal.**

562 U.S. 999, 131 S. Ct. 556, 178 L. Ed. 2d 410, 2010 U.S. LEXIS 8369.

November 1, 2010. Disbarment entered.

Former order, 561 U.S. 1045, 131 S. Ct. 43, 177 L. Ed. 2d 1133, 2010 U.S. LEXIS 5554.